1  MAYER BROWN LLP
2  JOHN NADOLENCO (SBN 181128)
   *jnadolenco@mayerbrown.com*
3  STEVEN E. RICH (SBN 198412)
   *srich@mayerbrown.com*
4  350 South Grand Avenue, 25th Floor
   Los Angeles, CA  90071-1503
5  Telephone:   (213) 229-9500
   Facsimile:    (213) 625-0248

6  Attorneys for Defendant
   CITIMORTGAGE, INC.
7

8              **UNITED STATES DISTRICT COURT**

9              **EASTERN DISTRICT OF CALIFORNIA**

10

11 | DAVID T. HEYDT and JENNIFER F. HEYDT, individually, and on behalf of the general public, | Case No. 2:15-CV-00909-WBS-KJN |
12 | | **STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** |
13 | Plaintiffs, | |
14 | v. | |
15 | CITIMORTGAGE, INC., et al., | |
16 | Defendants. | |

-1-
STIPULATION AND PROPOSED ORDER EXTENDING TIME TO RESPOND TO COMPLAINT;
CASE NO. 2:15-CV-00909-WBS-KJN

716294783.1

This Stipulation is entered into by and between Defendant CitiMortgage, Inc. ("Citi"), and Plaintiffs David T. Heydt and Jennifer F. Heydt (the "Plaintiffs," and collectively with Citi, the "Parties"), as follows:

## RECITALS

A.  On April 27, 2015, Plaintiffs filed their Complaint (the "Complaint") against Citi and others.

B.  On May 15, 2015, Plaintiffs served their Complaint on Citi's registered agent, making June 5, 2015 Citi's present deadline to respond to the Complaint.

C.  Given the number of issues in the 157-paragraph, 6-count Complaint and the schedule of counsel for the Parties, the Parties have conferred and agreed to extend Citi's time for responding to the Complaint through and including July 20, 2015.

D.  Citi has not previously requested any extensions of time in this case, and except as described herein, this Stipulation will have no effect on the schedule for this case.

## AGREEMENT

NOW, THEREFORE, based upon the foregoing and subject to Court approval, the Parties hereby STIPULATE AND AGREE AS FOLLOWS:

1.  The Parties incorporate by reference each of the Recitals contained in paragraphs A through D hereinabove as if set forth in full herein.

2.  The time for Citi to move, answer or otherwise respond to the Complaint is extended to and includes July 20, 2015.

/ / /

/ / /

3. The Parties agree that by entering into this Stipulation, neither Party waives any right or remedy.

Dated: May 27, 2015        MAYER BROWN LLP

By: /s/ Steven E. Rich
       Steven E. Rich

Attorneys for Defendant
CITIMORTGAGE, INC.

Dated: May 27, 2015        CONSUMERS FIRST ATTORNEYS, LLP

By: /s/ Jeremy K. Heeber (as authorized on 5/27/15)
       Jeremy K. Heebner

Attorneys for Plaintiffs
DAVID T. HEYDT and JENNIFER F. HEYDT

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: May 28, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

-3-
STIPULATION AND PROPOSED ORDER EXTENDING TIME TO RESPOND TO COMPLAINT;
CASE NO. 2:15-CV-00909-WBS-KJN

716294783.1