MAYER BROWN LLP
STEVEN E. RICH (SBN 198412)
srich@mayerbrown.com
350 South Grand Avenue, 25th Floor
Los Angeles, CA 90071-1503
Telephone: (213) 229-9500
Facsimile: (213) 625-0248

MAYER BROWN LLP
LUCIA NALE (admitted *pro hac vice*)
lnale@mayerbrown.com
THOMAS V. PANOFF (admitted *pro hac vice*)
tpanoff@mayerbrown.com
MATTHEW D. PROVANCE (admitted *pro hac vice*)
mprovance@mayerbrown.com
71 S. Wacker Dr.
Chicago, IL 60606-4637
Telephone: (312) 782-0600
Facsimile: (312) 706-9397

Attorneys for Defendant
CITIMORTGAGE, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID T. HEYDT and JENNIFER F. HEYDT, individually, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>CITIMORTGAGE, INC. EXPERIAN INFORMATION SOLUTIONS, INC. EQUIFAX INFORMATION SERVICES, LLC, and TRANSUNION, LLC,<br><br>Defendants. | Case No. 2:15-cv-00909-WBS-KJN<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER REGARDING BRIEFING SCHEDULE FOR CITIMORTGAGE'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>Date: November 2, 2015<br>Time: 2:00 p.m.<br>Assigned To:<br>The Hon. William B. Shubb<br>Location: Courtroom 5 |

This Stipulation is entered into by and between Defendant CitiMortgage, Inc. ("CitiMortgage") and Plaintiffs David T. Heydt and Jennifer F. Heydt ("Plaintiffs") (collectively, the "Parties"), as follows:

## RECITALS

1. On April 27, 2015, Plaintiffs filed their initial Complaint [Dkt. 1] against CitiMortgage and co-Defendants Experian Information Solutions, Inc., Equifax Information Services, LLC, and TransUnion, LLC.

2. On July 20, 2015, CitiMortgage filed a motion to dismiss Plaintiffs' Complaint [Dkt. 27, 28] pursuant to Fed. R. Civ. P. 12(b)(6).

3. On August 5, 2015, Plaintiffs filed a First Amended Complaint [Dkt. 33] ("FAC"). CitiMorgage subsequently filed a Notice of Withdrawal [Dkt. 34] withdrawing its initial motion to dismiss without prejudice.

4. Concurrent with the filing of this Stipulation, CitiMortgage is filing its motion to dismiss the FAC, which seeks dismissal of Plaintiffs' FAC as to CitiMortgage with prejudice.

5. The Parties have conferred and reached an agreement to notice CitiMortgage's motion to dismiss for hearing on November 2, 2015, so that briefing on the motion will not conflict with Plaintiffs' counsel's travel schedule during the month of September. The Parties further agree that given the complexity of the legal issues and argument that Plaintiffs anticipate submitting in their opposition to the motion to dismiss, CitiMortgage should have 14 days in which to submit its reply.

## AGREEMENT

NOW, THEREFORE, based upon the foregoing and subject to Court approval, the Parties hereby STIPULATE AND AGREE AS FOLLOWS:

1. Plaintiffs' opposition to CitiMortgage's motion to dismiss the FAC shall be filed on or before October 9, 2015; and

STIPULATION AND PROPOSED ORDER REGARDING BRIEFING SCHEDULE FOR CITIMORTGAGE'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT; CASE NO. 2:15-CV-00909-WBS-KJN

2. CitiMortgage's reply shall be filed on or before October 26, 2015.

Dated:  August 19, 2015         MAYER BROWN LLP

BY:   /S/ STEVEN E. RICH
      Steven E. Rich

STEVEN E. RICH (SBN 198412)
srich@mayerbrown.com

LUCIA NALE (admitted *pro hac vice*)
lnale@mayerbrown.com
THOMAS V. PANOFF (admitted *pro hac vice*)
tpanoff@mayerbrown.com
MATTHEW D. PROVANCE (admitted *pro hac vice*)
mprovance@mayerbrown.com

*Attorneys for Defendant CitiMortgage, Inc.*

Dated:  August 19, 2015         CONSUMERS FIRST ATTORNEYS, LLP

BY:   /S/ LINDA DEOS
      Linda Deos (as authorized on 08/19/15)

LINDA DEOS (SBN 179170)
deoslawyer@gmail.com

*Attorneys for Plaintiffs David T. Heydt and Jennifer F. Heydt*

PURSUANT TO STIPULATION, **IT IS SO ORDERED**.

Dated:  August 20, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

-2-
STIPULATION AND PROPOSED ORDER REGARDING BRIEFING SCHEDULE FOR CITIMORTGAGE'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT; CASE NO. 2:15-CV-00909-WBS-KJN