MAYER BROWN LLP
STEVEN E. RICH (SBN 198412)
srich@mayerbrown.com
350 South Grand Avenue, 25th Floor
Los Angeles, CA  90071-1503
Telephone:  (213) 229-9500
Facsimile:   (213) 625-0248

MAYER BROWN LLP
LUCIA NALE (admitted *pro hac vice*)
lnale@mayerbrown.com
THOMAS V. PANOFF (admitted *pro hac vice*)
tpanoff@mayerbrown.com
MATTHEW D. PROVANCE (admitted *pro hac vice*)
mprovance@mayerbrown.com
71 S. Wacker Dr.
Chicago, IL 60606-4637
Telephone:  (312) 782-0600
Facsimile:   (312) 706-9397

Attorneys for Defendant
CITIMORTGAGE, INC.

[Additional Counsel Listed On Signature Page]

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID T. HEYDT and JENNIFER F. HEYDT, individually, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>CITIMORTGAGE, INC. EXPERIAN INFORMATION SOLUTIONS, INC. EQUIFAX INFORMATION SERVICES, LLC, and TRANSUNION, LLC,<br><br>Defendants. | Case No. 2:15-cv-00909-WBS-KJN<br><br>**STIPULATION AND <s>PROPOSED</s> ORDER TO ADJOURN AND CONTINUE INITIAL SCHEDULING CONFERENCE**<br><br>Date:  October 26, 2015<br>Time:  2:00 p.m.<br>Assigned To:<br>The Hon. William B. Shubb<br>Location:  Courtroom 5 |

Pursuant to Eastern District of California Local Rule 144, this Stipulation is entered into by and between Defendants CitiMortgage, Inc. ("CitiMortgage"), Experian Information Solutions, Inc., Equifax Information Services, LLC, and Trans Union, LLC ("Defendants") and Plaintiffs David T. Heydt and Jennifer F. Heydt ("Plaintiffs") (collectively, the "Parties"), as follows:

## RECITALS

1. On April 27, 2015, Plaintiffs filed their initial Complaint [Dkt. 1] against Defendants.

2. On April 28, 2015, the Court issued an Order [Dkt. 3] setting the Parties' Initial Pretrial Scheduling Conference for August 17, 2015.

3. On July 20, 2015, CitiMortgage filed a motion to dismiss Plaintiffs' Complaint [Dkt. 27, 28] pursuant to Fed. R. Civ. P. 12(b)(6), which was calendared for hearing on September 21, 2015.

4. On July 21, 2015, the Court issued an Order *sua sponte* [Dkt. 29] continuing the Parties' Initial Pretrial Scheduling Conference to October 26, 2015—approximately 5 weeks following the hearing scheduled for CitiMortgage's initial motion to dismiss.

5. On August 5, 2015, Plaintiffs filed a First Amended Complaint [Dkt. 33] ("FAC"). CitiMorgage subsequently filed a Notice of Withdrawal [Dkt. 34] withdrawing its initial motion to dismiss without prejudice.

6. On August 19, 2015, CitiMortgage filed its Motion to Dismiss Plaintiff's FAC [Dkt. 36, 37] pursuant to Fed. R. Civ. P. 12(b)(6), which seeks dismissal of Plaintiffs' claims against CitiMortgage with prejudice. Plaintiffs intend to file an opposition to CitiMortgage's Motion to Dismiss. The Motion to Dismiss is calendared for hearing on November 2, 2015.

7. The Parties have conferred and agree that, as previously ordered by the Court *sua sponte* after the filing of CitiMortgage's initial motion to dismiss, the

interests of judicial economy would be served by continuing the Parties' Initial Pretrial Scheduling Conference until approximately 5 weeks following the hearing scheduled for CitiMortgage's currently pending Motion to Dismiss. The Parties agree that no Party will be prejudiced by the delay, and, further, the Parties believe that conducting the Initial Pretrial Scheduling Conference after the hearing on CitiMortgage's Motion to Dismiss may narrow the issues to be addressed at the Parties' Scheduling Conference, depending on the outcome of the Motion.

## STIPULATION

NOW, THEREFORE, based upon the foregoing and subject to Court approval, the Parties hereby STIPULATE AND AGREE AS FOLLOWS, and respectfully request that the Court:

1. Adjourn the Parties' Initial Pretrial Scheduling Conference, currently scheduled for October 26, 2015, and continue the Conference to December 7, 2015, 2:00 p.m., or to such time following as may be convenient for the Court; and

2. Continue the Parties' corresponding deadlines to conduct their Rule 26(f) conference, submit their joint status report, and make their Rule 26(a) disclosures accordingly.

Dated: September 30, 2015       MAYER BROWN LLP

BY:  /S/ STEVEN E. RICH
     Steven E. Rich

STEVEN E. RICH (SBN 198412)
srich@mayerbrown.com

LUCIA NALE (admitted *pro hac vice*)
lnale@mayerbrown.com
THOMAS V. PANOFF (admitted *pro hac vice*)
tpanoff@mayerbrown.com
MATTHEW D. PROVANCE (admitted *pro hac vice*)
mprovance@mayerbrown.com

*Attorneys for Defendant CitiMortgage, Inc.*

| | | |
|---|---|---|
| Dated:  September 30, 2015 | | JONES DAY |

BY:   /S/ KERRY C. FOWLER
      Kerry C. Fowler (authorized on 09/30/2015)

KERRY C. FOWLER (SBN 228982)
kcfowler@JonesDay.com
JESSICA MCGAHIE SAWYER (SBN 279230)
jsawyer@JonesDay.com

*Attorneys for Defendant Experian Information Solutions, Inc.*

Dated:  September 30, 2015                KING & SPALDING LLP

BY:   /S/ KENDRA ORR
      Kendra Orr (authorized on 09/30/2015)

KENDRA ORR (SBN 256729)
korr@kslaw.com

*Attorneys for Defendant Equifax Information Services LLC*

Dated:  September 30, 2015                SCHUCKIT & ASSOCIATES, P.C.

BY:   /S/ SCOTT E. BRADY
      Scott E. Brady (authorized on 09/30/2015)

ANDREW M. LEHMANN (admitted *pro hac vice*)
alehmann@schuckitlaw.com
SCOTT E. BRADY (admitted *pro hac vice*)
sbrady@schuckitlaw.com

LAUREN E. TATE
ltate@tateandassociates-law.com

*Attorneys for Defendant Trans Union, LLC*

Dated: September 30, 2015             CONSUMERS FIRST ATTORNEYS, LLP

BY:   /S/ LINDA DEOS
      Linda Deos (authorized on 09/30/2015)

LINDA DEOS (SBN 179170)
deoslawyer@gmail.com

*Attorneys for Plaintiffs David T. Heydt and Jennifer F. Heydt*

PURSUANT TO STIPULATION, **IT IS SO ORDERED**. THE PARTIES' INITIAL SCHEDULING CONFERENCE IS HEREBY **CONTINUED** TO **December 7, 2015 at 2:00 p.m.**  A Joint Status Report shall be filed no later than **November 23, 2015**.

Dated: October 7, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE